JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

BROOKS, HOUGHTON SECURITIES, INC., GERALD : 07 Civ. ___
HOUGHTON, KEVIN CENTOFANTI, AND HIROSHI :
YOSHIDA :

                      Petitioners, : **RULE 7.1 STATEMENT**

       -against- :

                                                JUL 09 2007

LIFE PARTNERS HOLDINGS, INC., :

                      Respondent. :

----------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioners certifies that Brooks, Houghton Securities, Inc. ("BHS") is a private company without a corporate parent, and that there are no publicly held companies that own 10% or more of BHS's stock.

Dated: July 9, 2007

                                                       **BLANK ROME LLP**
                                                       Attorneys for Petitioners

                                                       By: _____
                                                           Daniel J. Brown (DB 7458)
                                                           The Chrysler Building
                                                           405 Lexington Avenue
                                                           New York, NY 10174
                                                           (212) 885-5120

122224.00601/6558772v.1