# EXHIBIT 5

**American Arbitration Association**

*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

April 27, 2006

Via UPS # 1Z1R197X0390110776
Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY  10174

Via UPS #1Z1R197X1393966168
Vance Dunnam, Esq.
Dunnam & Dunnam, LLP
4125 West Waco Drive
Waco, TX  76710

Re: 13 148 00711 06
    Brooks, Houghton & Company, Inc.
    and
    Life Partners Holdings, Inc.

Dear Counsel:

This will acknowledge receipt of a letter dated April 24, 2006, from Mr. Bressler, a copy of which we note has been exchanged with the other party.

The Association has carefully reviewed the positions and contentions of the parties as set forth in their correspondence with respect to jurisdiction. The claimant has met the filing requirements of the rules by filing a demand for arbitration providing for administration by the American Arbitration Association under its rules.

Accordingly, in the absence of an agreement by the parties or a court order staying this matter, the Association will proceed with administration pursuant to the Rules. The parties may wish to raise this issue, upon appointment of the arbitrator.

The AAA serves as a neutral administrative agency and does not generally appear or participate in judicial proceedings relating to arbitration. The AAA should not be named as a party-defendant. The Rules state that the AAA is not a "necessary party". The AAA will abide by an order issued by the courts and the parties are requested to keep us informed as to the outcome.

Pursuant to the Rules, the Association will appoint three arbitrators shall hear and determine this dispute.

Therefore, in accordance with the Rules, the Association encloses a list of names selected from our roster from which three arbitrators are to be appointed. The parties are encouraged to agree upon three arbitrators and advise the Association of their agreement within 15 days from the date of this letter. Absent an agreement of the parties, each party shall independently strike the names objected to, number the remaining names in order of preference and return the list to the Association on or before May 12, 2006. If the list of arbitrators is not returned by the date specified, the arbitrators will be appointed as

authorized in the Rules. Please leave as many names as possible. If the neutral arbitrators cannot be appointed from the list provided, the Association shall administratively appoint the arbitrator as authorized in the Rules without the submission of an additional list. The parties are to exchange copies of all correspondence except the checklist for conflicts and the arbitrator list.

The list for selection of arbitrators is also available on-line. The parties may strike and rank their preferences, which will be kept confidential.

Please note the arbitrators' rates of compensation indicated on the enclosed resumes. The Association requires advance deposits calculated by the number of days the parties have suggested will be necessary, in addition to the pre-hearing time that the arbitrator may charge pursuant to the arbitrator's resume.

Upon appointment of the arbitrators, a preliminary hearing will be set.

Sincerely,

Jennifer Eltahan
Case Manager
401 431 4738
Eltahanj@adr.org

*Supervisor Information: Carli H. Del Solio, 401 431 4810, solioc@adr.org*