# EXHIBIT 6



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Northeast Case Management Center
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

<u>Via Email</u>

June 26, 2006

Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY 10174

Arthur D. Felsenfeld, Esq.
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Re: 13 148 Y 00711 06
    Brooks, Houghton & Company, Inc.
    and
    Life Partners Holdings, Inc.

Dear Counsel:

Inasmuch as there were no objections to the appointments of Arbitrators Byrne, Collins, or Holsinger, their appointments are hereby confirmed.

This will advise that John F. Byrne has been appointed chair of the arbitration panel.

For the purpose of scheduling a preliminary hearing, we are enclosing conference call calendars for the weeks of July 3, 10, and 17, 2006. We ask you to mark out the dates and times you are not available for a conference call and return it to us via fax on or before June 28, 2006. If a response is not received by the Association by that date, we will assume all dates and times are acceptable and a preliminary hearing will be set.

Each party has been billed $1,670.00 as a deposit to cover the arbitrators' study and preparation time for this preliminary hearing, and payment is to be received by the Association no later than July 26, 2006. You will be receiving an automated invoice within two weeks, but should you need a copy immediately to facilitate payment please let me know.

Sincerely,


Jennifer Eltahan
Case Manager
401 431 4738
Eltahanj@adr.org      *Supervisor Information: Carli H. Del Solio, 401 431 4810, solioc@adr.org*

Encl.
cc:   John F. Byrne, Esq.
      Peter M. Collins, Esq.
      John R. Holsinger, Esq.