# EXHIBIT 9

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

2006 NOV 20  PM 4 35

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
Internet: http://www.adr.org/

**FAX**

Date: November 20, 2006

To
Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY 10174

Arthur D. Felsenfeld, Esq.
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Fax Number:    212-885-5002
               212-850-2929

From: Jennifer Eltahan

Number of Pages: (including cover)  13

Re: 13 148 Y 00711 06
    Brooks, Houghton & Company, Inc.
    and
    Life Partners Holdings, Inc.

MESSAGE:

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS
ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR
OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE
PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS
FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED
ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

NOV. 20. 2006  4:00PM                                              NO. 2506   P. 2

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President
Christopher Pracassa, Yvonne L. Baglini
Assistant Vice Presidents

**VIA FACSIMILE**

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6539
internet: http://www.adr.org/

November 20, 2006

Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY 10174

Arthur D. Felsenfeld, Esq.
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Re: 13 148 Y 00711 06
    Brooks, Houghton & Company, Inc.
    and
    Life Partners Holdings, Inc.

Dear Counsel:

By direction of the Arbitrators we herewith transmit to you the duly executed facsimile copy of the Award in the above matter. The original will follow via regular mail.

At this time we have verified with the arbitrators that they have submitted all requests for compensation and expenses in this matter. Accordingly, we have conducted a final reconciliation of the finances and are providing each party with a Financial History and Compensation Summary. If a party had any unused compensation deposits, we have issued a refund check that should arrive in the mail shortly. If a party has an outstanding balance, that party will continue to receive cyclical invoices until the balance is paid.

Note that the financial reconciliation reflects costs as they were incurred during the course of the proceeding. Any apportionment of these costs by the arbitrator, pursuant to the Rules, will be addressed in the award and will be stated as one party's obligation to reimburse the other party for costs incurred. Any outstanding balances the parties may have with the AAA for the costs incurred during the arbitration proceedings remain due and payable to the AAA even after the final award is issued, and regardless of the arbitrator's apportionment of these costs between the parties in the award.

A copy of your current invoice is enclosed.

Please be reminded the Accelerated Exchange Program is terminated. All communications shall be directed to the Association.

We appreciate your selection of the AAA as your alternative dispute resolution provider in this matter.

As always, please do not hesitate to contact me if you have any questions.

Sincerely,

Jennifer Eltahan
Case Manager
401 431 4738
Eltahanj@adr.org

*Supervisor Information: Laura E. VanEtten, 401 431 4787, VanEttenl@adr.org*

Encl.

cc:    John F. Byrne, Esq.
       Peter M. Collins, Esq.
       John R. Holsinger, Esq.

## AMERICAN ARBITRATION ASSOCIATION
### Commercial Arbitration Tribunal

In the Matter of the Arbitration between:
Case No. 13 148 Y 00711 06
Brooks, Houghton & Company, Inc.
    -and-
Life Partners Holding, Inc.

## AWARD OF ARBITRATORS

WE, the UNDERSIGNED ARBITRATORS, having been designated in accordance with the arbitration provisions of the parties' written Agreement dated March 31, 2004 (the "Agreement"); and having been duly sworn; and having heard and duly considered the proofs and allegations of Brooks, Houghton & Company, Inc. (hereinafter "Claimant") and of Life Partners Holdings, Inc. (hereinafter "Respondent"); do hereby DECIDE and AWARD as follows:

By this Arbitration, Claimant seeks $2.7 million as a "fee" for an alleged financing arranged for Respondent by another investment banking firm. The credible evidence established, however, that: (a) the Agreement, which provided for a non-exclusive relationship between the parties for six (6) months, had expired by its terms before the transaction with Mammoth Life was brought to Respondent by FTI Capital Advisors; (b) the Agreement's "tail" applied to neither the FTI engagement nor the Mammoth transaction; and (c) in any event, the Mammoth transaction complained of was not funded as contemplated by the Agreement between Claimant and Respondent. Moreover, when Claimant purported to resume "work" on Respondent's behalf, at the request of one of Respondent's employees or otherwise, Claimant's insistence on a "revised" engagement letter (which was never executed) belies the claim that the original Agreement was still valid or enforceable.

Accordingly, as and for an Award herein:

1. The claims of Claimant, and each of them, are DENIED; and Claimant shall take NOTHING from Respondent.

2. The administrative fees of the American Arbitration Association totaling $11,250.00 shall be borne by the parties as incurred; and the compensation and expenses of the Arbitrators totaling $13,619.00 shall be borne by the parties equally.

3. This Award is in full and complete settlement and satisfaction of any and all claims, counterclaims, defenses and offsets properly submitted to these arbitration proceedings, and any claim or counterclaim not specifically referenced herein is nonetheless DENIED.

4.     This Award may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instruments.

____11/20/06____
Date

John F. Byrne, Esq.

Case No. 13 148 Y 00711 06                                               Page 2
Brooks, Houghton & Company, Inc.
and Life Partners Holding, Inc.
Award of Arbitrators

_____              _____

Date                                  Peter M. Collins, Esq.

_____              _____

Date                                  John R. Holsinger, Esq.

    I, John F. Byrne, Esq., do hereby affirm upon my Oath as Arbitrator that I am one
of the individuals described in and who executed this instrument, which is my Award.

_____11/20/06_____              _____
Date                                  John F. Byrne, Esq.

    I, Peter M. Collins, Esq., do hereby affirm upon my Oath as Arbitrator that I am
one of the individuals described in and who executed this instrument, which is my
Award.

_____              _____

Date                                  Peter M. Collins, Esq.

    I, John R. Holsinger, Esq., do hereby affirm upon my Oath as Arbitrator that I am
one of the individuals described in and who executed this instrument, which is my
Award.

_____              _____

Date                                  John R. Holsinger, Esq.

## AMERICAN ARBITRATION ASSOCIATION
### Commercial Arbitration Tribunal

In the Matter of the Arbitration between:
Case No. 13 148 Y 00711 06
Brooks, Houghton & Company, Inc.
-and-
Life Partners Holding, Inc.

## AWARD OF ARBITRATORS

WE, the UNDERSIGNED ARBITRATORS, having been designated in accordance with the arbitration provisions of the parties' written Agreement dated March 31, 2004 (the "Agreement"); and having been duly sworn; and having heard and duly considered the proofs and allegations of Brooks, Houghton & Company, Inc. (hereinafter "Claimant") and of Life Partners Holdings, Inc. (hereinafter "Respondent"); do hereby DECIDE and AWARD as follows:

By this Arbitration, Claimant seeks $2.7 million as a "fee" for an alleged financing arranged for Respondent by another investment banking firm. The credible evidence established, however, that: (a) the Agreement, which provided for a non-exclusive relationship between the parties for six (6) months, had expired by its terms before the transaction with Mammoth Life was brought to Respondent by FTI Capital Advisors; (b) the Agreement's "tail" applied to neither the FTI engagement nor the Mammoth transaction; and (c) in any event, the Mammoth transaction complained of was not funded as contemplated by the Agreement between Claimant and Respondent. Moreover, when Claimant purported to resume "work" on Respondent's behalf, at the request of one of Respondent's employees or otherwise, Claimant's insistence on a "revised" engagement letter (which was never executed) belies the claim that the original Agreement was still valid or enforceable.

Accordingly, as and for an Award herein:

1. The claims of Claimant, and each of them, are DENIED; and Claimant shall take NOTHING from Respondent.

2. The administrative fees of the American Arbitration Association totaling $11,250.00 shall be borne by the parties as incurred; and the compensation and expenses of the Arbitrators totaling $13,619.00 shall be borne by the parties equally.

3. This Award is in full and complete settlement and satisfaction of any and all claims, counterclaims, defenses and offsets properly submitted to these arbitration proceedings, and any claim or counterclaim not specifically referenced herein is nonetheless DENIED.

4. This Award may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instruments.

_____                    _____
Date                                        John F. Byrne, Esq.

_Nov. 17 2006_                              _[signature]_
Date                                        Peter M. Collins, Esq.

Case No. 13 148 Y 00711 06                          Page 2
Brooks, Houghton & Company, Inc.
and Life Partners Holding, Inc.
Award of Arbitrators

_____                    _____
Date                                           John R. Holsinger, Esq.

I, John F. Byrne, Esq., do hereby affirm upon my Oath as Arbitrator that I am one
of the individuals described in and who executed this instrument, which is my Award.

_____                    _____
Date                                           John F. Byrne, Esq.

I, Peter M. Collins, Esq., do hereby affirm upon my Oath as Arbitrator that I am
one of the individuals described in and who executed this instrument, which is my
Award.

  Nov  17 2006                                  _____
_____
Date                                           Peter M. Collins, Esq.

I, John R. Holsinger, Esq., do hereby affirm upon my Oath as Arbitrator that I am
one of the individuals described in and who executed this instrument, which is my
Award.

_____                    _____
Date                                           John R. Holsinger, Esq.

## AMERICAN ARBITRATION ASSOCIATION
### Commercial Arbitration Tribunal

In the Matter of the Arbitration between:
Case No. 13 148 Y 00711 06
Brooks, Houghton & Company, Inc.
-and-
Life Partners Holding, Inc.

## AWARD OF ARBITRATORS

WE, the UNDERSIGNED ARBITRATORS, having been designated in accordance with the arbitration provisions of the parties' written Agreement dated March 31, 2004 (the "Agreement"); and having been duly sworn; and having heard and duly considered the proofs and allegations of Brooks, Houghton & Company, Inc. (hereinafter "Claimant") and of Life Partners Holdings, Inc. (hereinafter "Respondent"); do hereby DECIDE and AWARD as follows:

By this Arbitration, Claimant seeks $2.7 million as a "fee" for an alleged financing arranged for Respondent by another investment banking firm. The credible evidence established, however, that: (a) the Agreement, which provided for a non-exclusive relationship between the parties for six (6) months, had expired by its terms before the transaction with Mammoth Life was brought to Respondent by FTI Capital Advisors; (b) the Agreement's "tail" applied to neither the FTI engagement nor the Mammoth transaction; and (c) in any event, the Mammoth transaction complained of was not funded as contemplated by the Agreement between Claimant and Respondent. Moreover, when Claimant purported to resume "work" on Respondent's behalf, at the request of one of Respondent's employees or otherwise, Claimant's insistence on a "revised" engagement letter (which was never executed) belies the claim that the original Agreement was still valid or enforceable.

Accordingly, as and for an Award herein:

1. The claims of Claimant, and each of them, are DENIED; and Claimant shall take NOTHING from Respondent.

2. The administrative fees of the American Arbitration Association totaling $11,250.00 shall be borne by the parties as incurred; and the compensation and expenses of the Arbitrators totaling $13,619.00 shall be borne by the parties equally.

3. This Award is in full and complete settlement and satisfaction of any and all claims, counterclaims, defenses and offsets properly submitted to these arbitration proceedings, and any claim or counterclaim not specifically referenced herein is nonetheless DENIED.

4. This Award may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instruments.

_____
Date

_____
John F. Byrne, Esq.

NOV. 20. 2006  4:02PM PM  John R Holsinger LLC          201 487 9  NO. 2506   P. 9   P.3

Case No. 13 148 Y 00711 06                                           Page 2
Brooks, Houghton & Company, Inc.
and Life Partners Holding, Inc.
Award of Arbitrators

_____                    _____
Date                                          Peter M. Collins, Esq.

_____11/20/06_____                     _____
Date                                          John R. Holsinger, Esq.

I, John F. Byrne, Esq., do hereby affirm upon my Oath as Arbitrator that I am one
of the individuals described in and who executed this instrument, which is my Award.

_____                    _____
Date                                          John F. Byrne, Esq.

I, Peter M. Collins, Esq., do hereby affirm upon my Oath as Arbitrator that I am
one of the individuals described in and who executed this instrument, which is my
Award.

_____                    _____
Date                                          Peter M. Collins, Esq.

I, John R. Holsinger, Esq., do hereby affirm upon my Oath as Arbitrator that I am
one of the individuals described in and who executed this instrument, which is my
Award.

_____11/20/06_____                     _____
Date                                          John R. Holsinger, Esq.

**13-148-Y-00711-06**
**Brooks, Houghton & Company, Inc.**

**Administrative Fees and Expenses:**

| | | |
|---|---|---|
| Filing Fees | $8,000.00 | |
| Case Services Fee | $3,250.00 | |
| Hearing Fees | $0.00 | |
| AAA Room Rental Fee | $0.00 | |
| Abeyance/Misc. AAA Fees | $0.00 | |
| Non-AAA Conference Room Expenses | $0.00 | |
| Misc Expenses | $0.00 | |
| Your Share of Administrative Fees and Expenses: | | $11,250.00 |
| Amount Paid for Administrative Fees and Expenses: | | $11,500.00 |
| Balance Administrative Fees and Expenses: | | ($250.00) |

**Neutral Compensation and Expenses:**

| | |
|---|---|
| Your Share of Neutral Compensation and Expenses: | $6,809.50 |
| Amount Paid for Neutral Compensation and Expenses: | $10,990.00 |
| Balance Neutral Compensation and Expenses. | ($4,180.50) |

| | |
|---|---|
| **Party Balance:** | **($4,430.50)** |

**13-148-Y-00711-06**
**Life Partners Holdings, Inc.**

**Administrative Fees and Expenses:**

| | |
|---|---|
| Filing Fees | $0.00 |
| Case Services Fee | $0.00 |
| Hearing Fees | $0.00 |
| AAA Room Rental Fee | $0.00 |
| Abeyance/Misc. AAA Fees | $0.00 |
| Non-AAA Conference Room Expenses | $0.00 |
| Misc Expenses | $0.00 |

| | |
|---|---|
| Your Share of Administrative Fees and Expenses: | $0.00 |
| Amount Paid for Administrative Fees and Expenses: | $250.00 |
| Balance Administrative Fees and Expenses. | ($250.00) |

**Neutral Compensation and Expenses:**

| | |
|---|---|
| Your Share of Neutral Compensation and Expenses: | $6,809.50 |
| Amount Paid for Neutral Compensation and Expenses: | $10,990.00 |
| Balance Neutral Compensation and Expenses: | ($4,180.50) |

| | |
|---|---|
| **Party Balance:** | **($4,430.50)** |

. NOV. 20. 2006  4:03PM

NO. 2506  P. 12

#1

| STMT DATE | AMOUNT DUE |
|-----------|------------|
| 11/20/2008 | 0.00 |

| CASE# |
|-------|
| 15-148-Y-00711-06 01 JEEL-R |

**Payment Due Upon Receipt**

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

950 Warren Avenue
East Providence, RI 02914

## INVOICE/STATEMENT

Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York NY 10174

Representing Brooks, Houghton & Company, Inc.
Re: Life Partners Holdings, Inc.

---

**Please Detach and Return with Payment to the Above Address    Please Indicate Case No. on check**

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

950 Warren Avenue
East Providence, RI 02914

NAME  Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York NY 10174

Representing Brooks, Houghton & Company, Inc.
Re: Life Partners Holdings. Inc.

| STMT DATE | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | NEW CHARGES | TOTAL BALANCE DUE |
|-----------|-------|------------------|-----------------|-------------|-------------------|
| 11/20/2006 | 15-148-Y-00711-06 01 JEEL-R | 0.00 | 28920.50- | 28920.50 | 0.00 |

| DATE | REF# | DESCRIPTION | AMOUNT | CREDITS | BALANCE |
|------|------|-------------|--------|---------|---------|
| 03/27/2006 | 9235658 | Initial Administrative Fee | 8000.00 | | |
| 03/28/2006 | 2107 | Payment recvd from : BROOKS HOUGHTON & COMPANY INC. | | 8000.00 - | |
| 06/28/2006 | 9290304 | Your Share of the Neutral Compensation Deposit covering 4 hours of Preliminary Matters | 1870.00 | | |
| 07/18/2006 | 2792 | Payment recvd from : PRIVATE CORPORATE ADVISORS (Brooks, Houg | | 1870.00 - | |
| 07/07/2006 | 9296378 | Case Service Fee | 3250.00 | | |
| 08/17/2006 | 2823 | Payment recvd from : PRIVATE CORPORATE ADVISORS | | 3250.00 - | |
| 07/07/2006 | 9296385 | Your Share of Rental Fee for AAA Hearing Room (2 days @ $250/day) | 250.00 | | |
| 11/17/2006 | | Cancellation : End of Case Adjustment | | 250.00 - | |
| 08/17/2006 | 2823 | Payment recvd from : PRIVATE CORPORATE ADVISORS | | 250.00 - | |
| 11/17/2006 | | Refund : refund of unused deposits | 250.00 | | |
| 07/07/2006 | 9296381 | Your Share of the Neutral Compensation Deposit covering 2 days of Hearing | 5880.00 | | |
| 11/17/2006 | | Cancellation : End of Case Adjustment | | 4100.00 - | |
| 08/17/2006 | 2823 | Payment recvd from : PRIVATE CORPORATE ADVISORS | | 5880.00 - | |
| 11/17/2006 | | Refund : refund of unused deposits | 4100.00 | | |

**Remarks:** For any inquiry please call: 401-431-4738
This is a final closing statement showing all amounts due by you on this case. Please pay the total balance due as shown in this statement

| TOTAL BALANCE DUE | .00 |
|-------------------|-----|

Please Indicate Case No. on check

| INVOICE SUMMARY: | | NET BILLED | NET PAID | NET DUE | |
|------------------|--|-----------|----------|---------|--|
| | INITIAL/COUNTER-CLAIM FEES | 11250.00 | 11250.00 | 0.00 | |
| | HEARING/POSTPONEMENT/ROOM/PROCESSING FEES | 0.00 | 0.00 | 0.00 | |
| | REALLOCATION AT CASE END FEES | 0.00 | 0.00 | 0.00 | |
| | NEUTRAL COMPENSATION/EXPENSES | 6809.50 | 6809.50 | 0.00 | EIN: 13-0429745 |

· NOV. 20. 2006  4:03PM                                                   NO. 2506   P.  13

#2



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

950 Warren Avenue
East Providence, RI 02914

| STMT DATE | AMOUNT DUE |
|-----------|-----------|
| 11/20/2006 | 0.00 |

| CASE# |
|-------|
| 13-148-Y-00711-06 01 JEEL-R |

**Payment Due Upon Receipt**

## INVOICE/STATEMENT

Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York NY 10174

Representing Brooks, Houghton & Company, Inc.
Re: Life Partners Holdings, Inc.

---

Please Detach and Return with Payment to the Above Address       Please Indicate Case No. on check



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

950 Warren Avenue
East Providence, RI 02914

**NAME**   Kenneth L. Bressler, Esq. & Daniel J. Brown, Esq.
Blank Rome, LLP
405 Lexington Avenue
The Chrysler Building
New York NY 10174

Representing Brooks, Houghton & Company, Inc.
Re: Life Partners Holdings, Inc.

| STMT DATE | CASE# | PREVIOUS BALANCE | CURRENT CREDITS | NEW CHARGES | TOTAL BALANCE DUE |
|-----------|-------|------------------|-----------------|-------------|-------------------|
| 11/20/2006 | 13-148-Y-00711-06 01 JEEL-R | 0.00 | 26920.50- | 26920.50 | 0.00 |

| DATE | REF# | DESCRIPTION | AMOUNT | CREDITS | BALANCE |
|------|------|-------------|--------|---------|---------|
| 07/07/2006 | 9296363 | Your Share of the Neutral Compensation Deposit covering 8 hours of Study | 3340.00 | | |
| 08/17/2006 | 2623 | Payment recvd from : PRIVATE CORPORATE ADVISORS | | 3340.00 - | |
| 07/07/2006 | 9296365 | Your share of the arbitrator expense deposit | 100.00 | | |
| 11/17/2006 | | Cancellation : End of Case Adjustment | | 80.50 - | |
| 08/17/2006 | 2823 | Payment recvd from : PRIVATE CORPORATE ADVISORS | | 100.00 - | |
| 11/17/2006 | | Refund : refund of unused deposits | | 80.50 | |

**Remarks:**  For any inquiry please call: 401-431-4736
This is a final closing statement showing all amounts due by you on this case. Please pay the total balance due, as shown in this statement

| TOTAL BALANCE DUE | .00 |
|-------------------|-----|

Please Indicate Case No. on check

| INVOICE SUMMARY: | NET BILLED | NET PAID | NET DUE |
|------------------|-----------|----------|---------|
| INITIAL/COUNTER-CLAIM FEES | 11250.00 | 11250.00 | 0.00 |
| HEARING/POSTPONEMENT/ROOM/PROCESSING FEES | 0.00 | 0.00 | 0.00 |
| REALLOCATION AT CASE END FEES | 0.00 | 0.00 | 0.00 |
| NEUTRAL COMPENSATION/EXPENSES | 6809.50 | 6809.50 | 0.00   EIN: 13-0429743 |