UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BROOKS, HOUGHTON SECURITIES, INC.,      No. 07 CV 6275
GERALD HOUGHTON, KEVIN CENTOFANTI
AND HIROSHI YOSHIDA,

                               *Petitioners*,     **AFFIDAVIT OF SERVICE**
         -against-     **VIA FACSIMILE AND**
                                  **FEDERAL EXPRESS**

LIFE PARTNERS HOLDINGS, INC.,

                           *Respondent*.
------------------------------------------------------------- X

STATE OF NEW YORK   )
                            ss.:
COUNTY OF NEW YORK )

        **DANIEL J. BROWN**, being duly sworn, deposes and says:

        That I am over 18 years of age, not a party to this action, and reside in New York, New York.

        That on July 10, 2007, at approximately 4:00 p.m. I served the within Order to Show Cause dated July 10, 2007; Affidavit of Daniel J. Brown, sworn to on July 10, 2007; and Memorandum of Law In Support of Petition to Compel Arbitration upon the following person(s) by transmitting said document via Telefacsimile (facsimile confirmation annexed hereto):

        That on July 10, 2007, I served the within Order to Show Cause dated July 10, 2007; Affidavit of Daniel J. Brown, sworn to on July 10, 2007; and Memorandum of Law In Support of Petition to Compel Arbitration **via Federal Express** by depositing same in a properly addressed wrapper with airbill attached in an official depository under the exclusive care and

custody of the Federal Express Service within the State of New York (Federal Express tracking number and confirmation of delivery annexed hereto).

| | | |
|---|---|---|
| Faxed To: | R. Scott Peden, Esq.<br>Life Partners Holdings, Inc. | Telefacsimile: 254-751-1025 |

Federal Expressed To: R. Scott Peden, Esq.
        Life Partners Holdings, Inc.
        204 Woodhew Drive
        Waco, Texas 76712

_____
DANIEL J. BROWN

Sworn to before me this
11th day of July, 2007

_____
Notary Public

THOMAS H. BELKNAP, JR.
Notary Public, State of New York
No. 02BE5084849
Qualified in New York County
Commission Expires September 8, 2009



# FAX TRANSMITTAL FORM

*2007 JUL 10 PM 3 29*

Date: July 10, 2007

| TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|
| R. Scott Peden, Esq. | Life Partners Holdings, Inc. | 254-751-1025 | |
| R. Scott Peden, Esq. | Life Partners Holdings, Inc. | 254-741-6017 | |

| From: | Daniel J. Brown | | |
|---|---|---|---|
| Phone: | (212) 885-5120 | # of Pages: (include cover) | 89 |
| Fax: | (917) 332-3847 | | |
| Email: | dbrown@blankrome.com | | |
| Atty No.: | 05915 | Client/Matter #: | 122224-00601 |

| | ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|---|
| Will Follow: | | X | | |
| Will Not Follow: | | | Send Interoffice: | |

**COMPLETED**

**COVER MESSAGE:**
Dear Mr. Peden: Annexed is an Order to Show Cause dated July 10, 2007 signed by the Honorable Barbara S. Jones in the United States District Court for the Southern District of New York together with an accompanying Memorandum of Law. Hard copies of the annexed papers also are being served upon Life Partners Holdings, Inc. via federal express.

The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|---|---|---|---|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

One Logan Square  18th & Cherry Streets  Philadelphia, PA 19103
215.569.5500  Fax: 215.569.5555

www.BlankRome.com

122224.00601/6559137v.1

```
                    MESSAGE CONFIRMATION
==================================================================
                                        07/10/2007  17:05


DATE        S.R-TIME   DISTANT STATION ID    MODE      PAGES    RESULT        S.C.
07/10       05'14"     2547416017            TX        041      OK            0000
------------------------------------------------------------------

              BROADCAST CONFIRMATION REPORT
                                        07/10/2007  16:02

    PAGES       = 089
    TOTAL TIME  = 00:22'33"

    LOCATION ID              PAGES    RESULT
MANUAL
    254 751 1025             089      OK
    2547416017               053      NO
```

**COMPLETED**



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

US Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 11, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791340217599**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Waco, TX |
| Signed for by: | A.HUX | Delivery date: | Jul 11, 2007 09:54 |
| Service type: | Standard Envelope | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 791340217599 | Ship date: | Jul 10, 2007 |
| | | Weight: | 2.0 lbs. |

**Recipient:**
Waco, TX US

**Shipper:**
New York, NY US

**Reference**            122224.00601

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx  1.800.463.3339



**Track Shipments**
# Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 791340217599 | **Reference** | 122224.00601 |
| **Signed for by** | A.HUX | **Destination** | Waco, TX |
| **Ship date** | Jul 10, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jul 11, 2007 9:54 AM | **Service type** | Standard Envelope |
| | | **Weight** | 2.0 lbs. |

**Status**          Delivered

**Signature image available**    Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 11, 2007 | 9:54 AM | Delivered | Waco, TX | |
| | 8:11 AM | On FedEx vehicle for delivery | WACO, TX | |
| | 8:03 AM | At local FedEx facility | WACO, TX | |
| | 5:23 AM | At dest sort facility | AUSTIN, TX | |
| | 4:07 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 10, 2007 | 9:53 PM | Left origin | NEW YORK, NY | |
| | 6:22 PM | Picked up | NEW YORK, NY | |
| | 3:41 PM | Package data transmitted to FedEx | | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

*Subscribe to tracking updates (optional)*

Your Name: [            ]     Your E-mail Address: [            ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |

**Select format:** ⊙ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

[          ]

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]