# EXHIBIT A

SDNY CM/ECF Version 3.0L

**OFFICE COPY** Page 1 of 2

/2222-1-00601

## Service of Process:

1:07-cv-06275-BSJ Brooks, Houghton Securities, Inc. et al v. Life Partners Holdings, In :.
ECF

### U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Brown, Daniel on 7/16/2007 at 2:52 PM EDT and filed on 7/16/2007

**Case Name:** Brooks, Houghton Securities, Inc. et al v. Life Partners Holdings, Inc.
**Case Number:** 1:07-cv-6275
**Filer:** Brooks, Houghton Securities, Inc.
Gerald Houghton
Kevin Centofanti
Hiroshi Yoshida
**Document Number:** 6

RECEIVED JUL 16 2007 U.S.D.C. S.D.N.Y. CASHIERS

**Docket Text:**
AFFIDAVIT OF SERVICE of Order to Show Cause for an Order to Compel Arbitration, Affidavit of Daniel J. Brown and Memorandum of Law in Support served on Respondent Life Partners Holdings, Inc. to the Attention of R. Scott Peden, Esq., In-House Counsel for Respondent on 7/10/07. Service was made by Federal Express and Fax. Document filed by Brooks, Houghton Securities, Inc., Gerald Houghton, Kevin Centofanti, Hiroshi Yoshida. (Brown, Daniel)

**1:07-cv-6275 Notice has been electronically mailed to:**

Thomas Hunt Belknap, Jr    tbelknap@blankrome.com, tbelknap@blankrome.com, jhanner@blankrome.com, kreda@blankrome.com, tpryan@blankrome.com

Kenneth L. Bressler    kbressler@blankrome.com, kbressler@blankrome.com, jhanner@blankrome.com, kreda@blankrome.com, tpryan@blankrome.com

Daniel J. Brown    DBrown@blankrome.com, DBrown@blankrome.com, jhanner@blankrome.com, kreda@blankrome.com, tpryan@blankrome.com

**1:07-cv-6275 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/16/2007] [FileNumber=3580173-0

https://ecf.nysd.uscourts.gov/cgi-bin/Dispatch.pl?882915612430469        7/6/2007

] [1bbb82ec6bf21d97a9bd8a42d59c 47ef854ae2aedc16055f7a97c22b7764fdacbb 9b0264d8fe599ff2a650b6200e0d05( e89f16420c191f923965bcce20196b]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
BROOKS, HOUGHTON SECURITIES, INC.,                No. 07 CV 6275
GERALD HOUGHTON, KEVIN CENTOFANTI
AND HIROSHI YOSHIDA,

                              *Petitioners*,          **AFFIDAVIT OF SERVICE**
          -against-                                         **VIA FACSIMILE AND**
                                                **FEDERAL EXPRESS**

LIFE PARTNERS HOLDINGS, NC.,

                              *Respondent*.
---------------------------------------- X

STATE OF NEW YORK  )
                         ss.:
COUNTY OF NEW YORK)

        **DANIEL J. BROWN**, being duly sworn, deposes and says:

        That I am over 18 years of age, not a party to this action, and reside in New York, New York.

        That on July 10, 2007, at approximately 4:00 p.m. I served the within Order to Show Cause dated July 10, 2007; Affidavit of Daniel J. Brown, sworn to on July 10, 2007; and Memorandum of Law In Support of Petition to Compel Arbitration upon the following person(s) by transmitting said document via Telefacsimile (facsimile confirmation annexed hereto):

        That on July 10, 2007, I served the within Order to Show Cause dated July 10, 2007; Affidavit of Daniel J. Brown, sworn to on July 10, 2007; and Memorandum of Law In Support of Petition to Compel Arbitration **via Federal Express** by depositing same in a properly addressed wrapper with airbill attached in an official depository under the exclusive care and

custody of the Federal Express Service within the State of New York (Federal Express tracking number and confirmation of delivery annexed hereto).

Faxed To:   R. Scott Peden, Esq.                              Telefacsimile: 254-751-1025
            Life Partners Holdings, Inc.

Federal Expressed To: R. Scott Peden, Esq.
                      Life Partners Holdings, Inc.
                      204 Woodhew Drive
                      Waco, Texas 76712

                                                              _____
                                                              DANIEL J. BROWN

Sworn to before me this
11th day of July, 2007

_____
Notary Public

THOMAS H. BELKNAP, JR.
Notary Public, State of New York
No. 02BE5084849
Qualified in New York County
Commission Expires September 8, 200_



2007 JUL 10 PM 3 29 **FAX TRANSMITTAL FORM**

Date: July 10, 2007

|  | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
|  | R. Scott Peden, Esq. | Life Partners Holdings, Inc. | 254-751-1025 |  |
|  | R. Scott Peden, Esq. | Life Partners Holdings, Inc. | 254-741-6017 |  |

| From: | Daniel J. Brown |
|---|---|
| Phone: | (212) 885-5120 |
| Fax: | (917) 332-3847 |
| Email: | dbrown@blankrome.com |
| Atty No.: | 05915 |

# of Pages: (include cover) 89

Client/Matter #: 22224-00601

| | ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|---|
| Will Follow: | | X | | |
| Will Not Follow: | | | Send Interoffice: | |



**COVER MESSAGE:**
Dear Mr. Peden: Annexed is an Order to Show Cause dated July 10, 2007 signed by the Honorable Barbara S. Jones in the United States District Court for the Southern District of New York together with an accompanying Memorandum of Law. Hard copies of the annexed papers also are being served upon Life Partners Holdings, Inc. via federal express.

The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|---|---|---|---|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

One Logan Square 18th & Cherry Streets Philadelphia, PA 19103
215.569.5500 Fax: 215.569.5555

www.BlankRome.com

122224.00601/6559137v.1

# MESSAGE CONFIRMATION

07/10/2007 17:05

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|---|---|---|---|---|---|---|
| 07/10 | 00'14" | 2547416017 | TX | 041 | OK | 0000 |

## BROADCAST CONFIRMATION REPORT

07/10/2007 16:02

PAGES = 089

TOTAL TIME = 00:22'33"

| | LOCATION ID | PAGES | RESULT |
|---|---|---|---|
| MANUAL | 254 751 1025 | 039 | OK |
| | 2547416017 | 053 | NO |

COMPLETED



| | |
|---|---|
| FedEx Express | U.S. Mail: PO Box 727 |
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

July 11, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **7913402175 99**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Waco, TX |
| Signed for by: | A.HUX | Delivery date: | Jul 11, 2007 09:54 |
| Service type: | Standard Envelope | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 7913402175 99 | Ship date: | Jul 10, 2007 |
| | | Weight: | 2.0 lbs. |

Recipient:
Waco, TX US

Shipper:
New York, NY US

Reference                122224.00601

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

FedEx | Track                                                                                         Page 1 of 1

**Track Shipments**
## Detailed Results
                                                                                          (?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 791340217599 | Reference | 122224.00601 |
| Signed for by | A.HUX | Destination | Waco, TX |
| Ship date | Jul 10, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jul 11, 2007 9:54 AM | Service type | Standard Envelope |
| | | Weight | 2.0 lbs. |
| Status | Delivered | | |
| Signature image available | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 11, 2007 | 9:54 AM | Delivered | Waco, TX | |
| | 8:11 AM | On FedEx vehicle for delivery | WACO, TX | |
| | 8:03 AM | At local FedEx facility | WACO, TX | |
| | 5:23 AM | At dest sort facility | AUSTIN, TX | |
| | 4:07 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 10, 2007 | 9:53 PM | Left origin | NEW YORK, NY | |
| | 6:22 PM | Picked up | NEW YORK, NY | |
| | 3:41 PM | Package data transmitted to FedEx | | |

*Subscribe to tracking updates (optional)*

Your Name: [          ]                    Your E-mail Address: [          ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☒ | ☐ |
| | English | | ☒ | ☐ |
| | English | | ☒ | ☐ |
| | English | | ☒ | ☐ |

Select format:  ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

http://www.federalexpress.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo...   7/11/2007