# EXHIBIT B



**We are very easy to reach**

Life Partners, Inc was incorporated in 1991 in the State of Texas. The 12,000 square foot building, which serves as our corporate headquarters is located at 204 Woodhew Drive Waco, Texas 76712.

For your convenience we provide a toll free number: 1.800.109.5569

Our Fax number: 254.751.1025

Our email address: questions@lifepartnersinc.com



© 2006 Life Partners, Inc. | Privacy Policy | Site by Loudthought