# EXHIBIT C

## MESSAGE CONFIRMATION

07/18/2007  16:47

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|---|---|---|---|---|---|---|
| 07/18 | 00'58" | 254 751 1025 | TX | 004 | OK | 0000 |

07/18/2007   16:41                                                                 NO.943   P001



### FAX TRANSMITTAL FORM

2007 JUL 18 PM 4 42

Date: July 18, 2007

| TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|
| R. Scott Pedon, Esq. | Life Partners Holdings, Inc. | 254-751-1025 | |

| From: | Daniel J. Brown |
| Phone: | (212) 885-5120 |
| Fax: | (917) 332-3847 |
| Email: | dbrown@blankrome.com |
| Atty No.: | 05915 |

# of Pages: 4 (include cover)

Client/Matter #: 122224-00601

| ORIGINAL: | | WHEN COMPLETED: |
|---|---|---|
| Will Follow: | | |
| Will Not Follow: | x | Send Interoffice |


COMPLETED

**COVER MESSAGE:**

The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

405 Lexington Avenue, New York, New York 10174
212.885.5000  Fax: 212.885.5002

www.BlankRome.com

122224.00601/6559137v.1



Phone:  (212) 885-5120
Fax:    (917) 332-3847
Email:  DBrown@BlankRome.com

July 18, 2007

**BY FACSIMILE**

R. Scott Peden, Esq.
Life Partners Holdings, Inc.
204 Woodhew Drive
Waco, Texas 76712

      Re:   Brooks, Houghton Securities, Inc., et al. v. Life Partners Holdings, Inc. (07 Civ. 6275)

Dear Mr. Peden:

    As you know, this firm represents Petitioners in the above-referenced action. This is to confirm that we have not received any opposition papers from Respondent Life Partners Holdings, Inc. which were due no later than 11:59 p.m. on July 16, 2007 pursuant to the Order to Show Cause signed by the Honorable Barbara S. Jones in the United States District Court for the Southern District of New York on July 10, 2007. (An additional copy of the Order to Show Cause is annexed hereto). Please be advised that Petitioners intend to proceed with the application to compel arbitration of Respondent's claims in the American Arbitration Association and to dismiss or stay the NASD proceeding. Please be guided accordingly.

                                        Very truly yours,

                                        Daniel J. Brown

DJB:as
Enclosure

Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BROOKS, HOUGHTON SECURITIES, INC., GERALD
HOUGHTON, KEVIN CENTOFANTI, AND HIROSHI YOSHIDA,

         Petitioners,   07 Civ. 6275 BSJ

    -against-

LIFE PARTNERS HOLDINGS, INC.,

         Respondent.
----------------------------------------X

### ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING ARBITRATION IN THE AMERICAN ARBITRATION ASSOCIATION AND DISMISSING OR STAYING THE NASD ARBITRATION SHOULD NOT BE ENTERED AGAINST RESPONDENT

Upon the Affidavit of Daniel J. Brown, sworn to on July 10, 2007, the exhibits annexed thereto and the accompanying Memorandum of Law, it is hereby;

1. **ORDERED** that Respondent, Life Partners Holdings, Inc. ("Respondent"), show cause before this Court, at the Federal Court House, 500 Pearl Street, New York, New York, 10007, Room 186 on July 27 2007 at 3:00 o'clock p.m., or as soon thereafter as counsel can be heard, why an order pursuant to Sections 3 and 4 of Title 9 of the United States Code should not issue compelling arbitration in the American Arbitration Association and staying Respondent's NASD proceeding commenced on or about June 13, 2007; and

2. **IT IS FURTHER ORDERED** that service of a copy of this order to show cause, the Affidavit of Daniel J. Brown sworn to on July 10, 2007, exhibits annexed thereto, and the Memorandum of Law upon Respondent via facsimile number (251) 751-1025, Attention: R. Scott Peden, Esq. (Respondent's In-House Counsel) and overnight mail at 204 Woodhew Road,

Waco, Texas 76712 on or before __11:59__ o'clock _p_.m. on July __10__, 2007 shall be good and sufficient service of this order and notice thereof; and

3. IT IS FURTHER ORDERED that opposition papers, if any, to the relief requested be served upon Blank Rome LLP for the attention of Daniel J. Brown, in such manner as to be received by __11:59 pm__ on July __16__, 2007; and

4. IT IS FURTHER ORDERED that Petitioners' reply papers, if any, to the Respondent's opposition shall be served upon Respondent's above-listed counsel, in the same manner as described above for service of this order, on or before __11:59pm__ o'clock _p_.m on July __19__, 2007.

Dated: New York, New York
July 10, 2007

_____
U.S.D.J.

-2-