UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

BROOKS, HOUGHTON SECURITIES, INC., GERALD : 07 Civ. 6275
HOUGHTON, KEVIN CENTOFANTI, AND HIROSHI :
YOSHIDA :
 :
         Petitioners, : **AFFIDAVIT OF SERVICE VIA**
 : **FACSIMILE AND FEDERAL**
 -against- : **EXPRESS**
 :
LIFE PARTNERS HOLDINGS, INC., :
 :
         Respondent. :
-----------------------------------------------X

STATE OF NEW YORK     )
                      :ss.
COUNTY OF NEW YORK    )

**DANIEL J. BROWN**, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age and reside in New York, New York.

2. On July 19, 2007, I served the within Reply Affidavit of Daniel J. Brown, sworn to on July 19, 2007, together with the exhibits annexed thereto upon the following person by causing said document to be transmitted via Telefacsimile (facsimile confirmation annexed hereto).

3. On July 19, 2007, I served the within Reply Affidavit of Daniel J. Brown, sworn to on July 19, 2007, together with the exhibits annexed thereto upon the following person via **Federal Express** by depositing same in a properly addressed wrapper with airbill attached in an official depository under the exclusive care and custody of the Federal Express Service within

122224.00601/6561263v.1

the State of New York (Federal Express Tracking Number and Confirmation of Receipt is annexed hereto).

    Faxed to: R. Scott Peden, Esq. (In-House Counsel for Life Partners Holdings, Inc.) at Telefacsimile (254) 751-1025.

    Federal ExpressED to: R. Scott Peden, Esq.
                        Life Partners Holdings, Inc.
                        204 Woodhew Drive
                        Waco, Texas 76712

_____
DANIEL J. BROWN

Sworn to before me this
20th day of July, 2007

_____
Notary Public

HILLARY K. JACKSON
Notary Public, State of New York
No. 01JA6107319
Qualified in New York County
Commission Expires March 22, 2008

2

122224.00601/6561263v.1

```
TRANSMISSION VERIFICATION REPORT

                                          TIME  : 07/1     13:37
                                          NAME  :
                                          FAX   : 087
                                          TEL   :
                                          SER.# : BRO        05

DATE,TIME              07/19 13:33
FAX NO./NAME           12547511025
DURATION               00:04:07
PAGE(S)                20
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# BLANK ROME LLP
COUNSELORS AT LAW

## FAX TRANSMITTAL FORM

Date: July 19, 2007

| TO: | FIRM: | FAX NO.: | IRMATION NO.: |
|---|---|---|---|
| R. Scott Peden, Esq. | Life Partners Holdings, Inc. | 254-751-1025 | |

| From: | Daniel J. Brown | | # of Pages (include cove | |
| Phone: | (212) 885-5120 | | | |
| Fax: | (917) 332-3847 | | | |
| Email: | dbrown@blankrome.com | | Client/Matt | 122224-00601 |
| Atty No.: | 05915 | | | |

| | ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|---|
| Will Follow: | | | | |
| Will Not Follow: | x | Send Interoffice: | | |

**COVER MESSAGE:**

The documents accompanying this fax transmission contain information, which may be confidential and/or legally privile...   the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission shee...   are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the co...   his faxed information

**FedEx**

US Home | Información Center | Customer S

Español | Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 855369164780 | Delivered to | Receptionist/Front Desk | Wrong Address? Reduce future mistak |
| Signed for by | A.HUX | Service type | Standard Envelope | FedEx Address Chec |
| Ship date | Jul 19, 2007 | | | |
| Delivery date | Jul 20, 2007 10:13 AM | | | Tracking a FedEx Sr Shipment? |
| Status | Delivered | | | Go to shipper login |
| Signature image available | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 20, 2007 | 10:13 AM | Delivered | | |
| | 8:17 AM | On FedEx vehicle for delivery | WACO, TX | |
| | 8:03 AM | At local FedEx facility | WACO, TX | |
| | 6:06 AM | At dest sort facility | AUSTIN, TX | |
| | 12:27 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 19, 2007 | 11:47 PM | Departed FedEx location | NEWARK, NJ | |
| | 8:29 PM | Left origin | NEW YORK, NY | |
| | 2:09 PM | Picked up | NEW YORK, NY | |

Take 15% off list rates on eligible FedEx Express online shipments.

Learn more >>

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

Your Name: [    ]    Your E-mail Address: [    ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ● HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

http://www.fedex.com/Tracking    7/20/2007



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 20, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **855369164780**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jul 20, 2007 10:13 |
| **Signed for by:** | A.HUX | | |
| **Service type:** | Standard Envelope | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 855369164780 | **Ship date:** | Jul 19, 2007 |

**Recipient:**
US

**Shipper:**
NEW US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339