EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BROOKS, HOUGHTON, SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANTI and
HIROSHI YOSHIDA

Index No. 07 CV 6275
AFFIDAVIT OF SERVICE

                         Petitioner (s),
     -against-

LIFE PARTNERS HOLDINGS, INC.,

                         Respondent (s).
------------------------------------------------------------------------X
STATE OF TEXAS              )
                                   :s.s.:
COUNTY OF MCLENNAN  )

        NEALAND WILLINGHAM, being duly sworn deposes and says:

        I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Texas.

        I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case with Index Number and date purchased indicated thereon, Petition to Compel Arbitration, Civil Cover Sheet, Rule 7.1, Individual Practices of Magistrate judge Michael H. Dolinger, Individual Practices of Judge Barbara S. Jones, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing for the above entitled-action to be served upon Life Partners Holdings, Inc., defendant herein named.

        On the 13th day of July, 2007, at approximately 9:10 a.m. at 204 Woodhew Drive, Waco, Texas, I served true copies of the SUMMONS IN A CIVIL CASE with Index Number and date purchased indicated thereon, PETITION TO COMPEL ARBITRATION, CIVIL COVER SHEET, RULE 7.1, INDIVIDUAL PRACTICES OF

MAGISTRATE JUDGE MICHAEL H. DOLINGER, INDIVIDUAL PRACTICES CF JUDGE BARBARA S. JONES, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING and PROCEDURES FOR ELECTRONIC CASE FILING, in the above entitled-action, upon LIFE PARTNERS HOLDINGS, INC., defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Robert Peden. At time of service, Mr. Peden identified himself as the Registered Agent for Life Partners Holdings, Inc. and as a person authorized to accept service of process for Life Partners Holdings, Inc.

Mr. Peden is a Caucasian male, approximately 43 years of age, 5'4" tall, 160 lbs, with dark hair and dark eyes.

Sworn to before me this,
13th day of July, 2007

NOTARY PUBLIC

NEALAND WILLINGHAM   SCI4C)



MICHELLE IRENE KENNIGER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
FEBRUARY 3, 2010