UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROOKS HOUGHTON SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANI,        07 Civ. 6275 BSJ
AND HIROSHI YOSHIDA

                      Petitioners,        **RULE 7.1 DISCLOSURE**

   -against-

LIFE PARTNERS HOLDINGS INC.,

                      Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondent certifies that Life Partners Holdings Inc. has no parent corporation and there are no publicly held corporations that own 10% or more of its stock.

Dated:  New York, New York         ANDREWS KURTH LLP
            July 27, 2007

                                             By: _____
                                                Arthur D. Felsenfeld (AF3532)
                                                Antonette Ruocco (AR7051)
                                                450 Lexington Avenue
                                                New York, New York 10017
                                                (212) 850-2800

                                                *Counsel for Life Partners Holdings, Inc.*

NYC:166427.1