UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

BROOKS HOUGHTON SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANI,         07 Civ. 6275 BSJ
AND HIROSHI YOSHIDA

                    Petitioners,

          -against-

LIFE PARTNERS HOLDINGS INC.,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x


## AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

          I, Michael Richardson, being over the age of eighteen (18) years, and first duly sworn,

state on oath that I am not a party to this action and that I reside in Kings County, State of New

York.  On July 27, 2007, I personally delivered two copies of the foregoing Memorandum of

Law in Opposition to Petitioners' Motion to Compel Arbitration before the AAA; Affidavit of

Arthur D. Felsenfeld with exhibits thereto; and Affidavit of R. Scott Peden with exhibits thereto

to Blank Rome, LLP, 405 Lexington Avenue, The Chrysler Building, New York, NY 10174.

The by-hand service was accepted by John Hanner, Assistant Managing Clerk, at approximately

4:36 p.m., who is an White male, with grey hair and brown eyes, approximately 50 years old,

5'7" tall, and 200 lbs and who stated that he is authorized to accept service.


                              _____
                              Michael Richardson

Subscribed and sworn to before
me this 27th day of July, 2007

_____                 **CASSANDRA PORSCH**
Notary Public                             **Notary** Public State of New **York**
                                          No. 02PO6146284
                                          Qualified in New York County
                                          **Commission** Expires May 15, 2010


NYC:166425.1