UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROOKS HOUGHTON SECURITIES, INC.,   07 Civ. 6275 BSJ
GERALD HOUGHTON, KEVIN CENTOFANI,
AND HIROSHI YOSHIDA
                                    STIPULATION
              Petitioners,

       -against-

LIFE PARTNERS HOLDINGS INC.,

              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for all parties herein, as follows:

1. Respondent's time to serve opposition papers to Petitioners' motion brought on by Order to Show Cause, dated July 10, 2007, compelling arbitration before the AAA and staying or dismissing the NASD arbitration commenced by Respondent, shall be extended until 5 pm on July 27, 2007.

2. Petitioners' time to serve reply papers with respect to said motion shall be extended until 5 pm on August 6, 2007.

3. The hearing on the Order to Show Cause shall be adjourned from July 27, 2007 until ~~August 10, 2007 or such other date and time thereafter as shall be set by the Court.~~ August 17, 2007 at 2:00 pm.

4. Respondent's time to answer or otherwise move in response to the Petition is adjourned to September 5, 2007.

NYC:166176.1

5. The time for Petitioners to respond to the Statement of Claim in <u>Life Partners Holdings, Inc. v. Brooks Houghton Securities, Inc., Gerald Houghton, Kevin Centofanti and Hiroshi Yoshida</u> is adjourned until 30 days following either (a) in the event that this Court denies the relief sought by Petitioners on the pending motion herein, the date of such denial or (b) the date of the dismissal of this action, if the action is dismissed.

Dated: July 23, 2007

ANDREWS KURTH LLP

*/s/ Arthur D. Felsenfeld*
Arthur D. Felsenfeld (AF 3532)
Antonette Ruocco (AR 7051)
450 Lexington Avenue
New York, New York 10017
(212) 850-2800

**Attorneys for Respondent**


BLANK ROME, LLP

*/s/ Kenneth L. Bressler*
Kenneth L. Bressler, Esq. (KB 3398)
Thomas H. Belknap (TB 3188)
Daniel J. Brown, Esq. (DB 7458)
405 Lexington Avenue
The Chrysler Building
New York, New York 10174
(212) 885-5120

**Attorneys for Petitioners**

SO ORDERED:

*/s/ Barbara S. Jones*
U.S.D.J.
7/27/07

NYC:166176.1