UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BROOKS, HOUGHTON SECURITIES, INC., GERALD          : 07 Civ. 6275
HOUGHTON, KEVIN CENTOFANTI, AND HIROSHI            :
YOSHIDA                                            :
                                                   :
                               Petitioners,        : **AFFIDAVIT OF SERVICE**
                                                   : **VIA FACSIMILE**
               -against-                           :
                                                   :
  LIFE PARTNERS HOLDINGS, INC.,                    :
                                                   :
                               Respondent.         :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK      )
                       :ss.
COUNTY OF NEW YORK  )

      **ANITA M. SMITH**, being duly sworn, deposes and says:

      That I am over 18 years of age, not a party to this action, and reside in Queens, New York.

      That on August 6, 2007, I served the **Reply Memorandum of Law in Further Support of Petition to Compel Arbitration, Reply Declaration of Hiroshi Yoshida and Reply Declaration of Kevin Centofanti** upon the following person(s) by transmitting said documents via Telefacsimile:

Faxed To:    Arthur D. Felsenfeld, Esq..          Telefacsimile: 212-850-2929
            Andrews Kurth LLP

                                      ANITA M. SMITH

Sworn to before me this
6th day of August, 2007

      Notary Public

HILLARY K. JACKSON
Notary Public, State of New York
No. 01JA6107319
Qualified in New York County
Commission Expires March 22, 2008

# EXHIBIT A

## MESSAGE CONFIRMATION

08/06/2007  16:42

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|------|----------|---------------------|------|-------|--------|------|
| 08/06 | 03'43" | 22224*00601#12128502929# | TX | 015 | OK | 0000 |

08/06/2007    16:38                                                    NO.911    P001



BLANK ROME LLP
COUNSELORS AT LAW

## FAX TRANSMITTAL FORM

Date:  August 6, 2007

| | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| To: | Arthur D. Felsenfeld | Andrews Kurth LLP | 212-850-2929 | 212-850-2800 |

| From: | Daniel J. Brown |
|---|---|
| Phone: | (212) 885-5120 |
| Fax: | (917) 332-3847 |
| Email: | DBrown@BlankRome.com |
| Atty No.: | 05915 |

| # of Pages: (include cover) | /5 |
|---|---|

| Client/Matter #: | 122224/00601 |
|---|---|

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow: | | Call For Pickup: | |
| Will Not Follow: | x | Send Interoffice: | x |

**COVER MESSAGE:**

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP.  The information is intended only for the use of the individual or entity named on this transmission sheet.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately.  If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you.  The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|---|---|---|---|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

405 Lexington Avenue, New York, NY  10174-0208
212.885.5000  Fax: 212.885.5001

www.BlankRome.com

122224.00601/6566204v.1