UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

BROOKS, HOUGHTON SECURITIES, INC., GERALD : 07 Civ. 6275 (BSJ)
HOUGHTON, KEVIN CENTOFANTI, AND HIROSHI
YOSHIDA

                            Petitioners, : **REPLY DECLARATION OF**
                                       : **HIROSHI YOSHIDA**
       -against-

LIFE PARTNERS HOLDINGS, INC.,

                           Respondent.

------------------------------------X

**HIROSHI YOSHIDA**, under penalty of perjury, hereby declares as follows:

1. I am a Managing Director of Petitioner Brooks, Houghton Securities, Inc. ("BHS") and respectfully submit this reply declaration in further support of Petitioners' application to compel arbitration of Respondent Life Partners Holdings, Inc.'s ("Respondent") claims in the American Arbitration Association and to dismiss or stay Respondent's recently commenced NASD proceeding.

2. I personally attended the following meetings in New York with Respondent's then President-Institutional Investor Division, Michael Beste, in furtherance of the parties' Letter Agreement:

- July 28, 2004: meeting with Shinsei Bank.
- September 15, 2004: meeting with Sumitomo.

122224.00601/6565665v.1

- May 17, 2005: meeting with Sumitomo.

3. In addition, Respondent's contact with BHS was not limited to in-person meetings in New York. During BHS's engagement by Respondent, Mr. Beste participated in numerous telephonic conferences and e-mail communications with myself, my New York based colleague, Petitioner Kevin Centofanti, as well as with the New York clients BHS introduced to Respondent under the Letter Agreement.

*/s/ Hiroshi Yoshida*
HIROSHI YOSHIDA

Dated: August 2, 2007