UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROOKS HOUGHTON SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANI,      07 Civ. 6275 BSJ
AND HIROSHI YOSHIDA

                      Petitioners,

    -against-

LIFE PARTNERS HOLDINGS INC.,

                      Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

    I, Peter Mendoza, being over the age of eighteen (18) years, and first duly sworn, state under oath that I am not a party to this action and that I reside in Queens County, State of New York. On August 9, 2007, I personally delivered two copies of the foregoing Amended Affidavit of R. Scott Peden with exhibits thereto to Blank Rome, LLP, 405 Lexington Avenue, The Chrysler Building, New York, NY 10174. The by-hand service was accepted by M. Hale, mail room personnel, at approximately 3:51 p.m., who is an African American female, approximately 30 years old, 5'6" tall, and 200 lbs and who stated that she is authorized to accept service.

                                                   */s/ Peter Mendoza*
                                                   Peter Mendoza

Subscribed and sworn to before
me this 9th day of August, 2007

*/s/ Anju Uchima*
Notary Public

ANJU UCHIMA
Notary Public, State of New York
No. 02UC6006161
Qualified in New York County
Commission Expires April 27, 2009

NYC:166758.1