UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BROOKS HOUGHTON SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANI,         07 Civ. 6275 BSJ
AND HIROSHI YOSHIDA

      Petitioners,    **NOTICE OF APPEARANCE**

 -against-

LIFE PARTNERS HOLDINGS INC.,

      Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  PLEASE TAKE NOTICE, that the undersigned have been retained as attorneys for respondent Life Partners Holdings Inc. in the above-captioned matter, and request that all further papers in this action be served on the undersigned at the offices stated below.

Dated:  New York, New York
    August 10, 2007

          ANDREWS & KURTH LLP

         By:_____
         Arthur D. Felsenfeld (AF 3532)
         450 Lexington Avenue
         New York, New York 10017
         (212) 850-2800

         *Attorneys for Respondent*

To:

  Kenneth Bressler, Esq.
  Daniel Brown, Esq.
  Blank Rome, LLP
  405 Lexington Avenue
  The Chrysler Building
  New York, NY 10174

NYC:166791.1