UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BROOKS HOUGHTON SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANI,         07 Civ. 6275 BSJ
AND HIROSHI YOSHIDA

                Petitioners,                **NOTICE OF APPEARANCE**
   -against-

LIFE PARTNERS HOLDINGS INC.,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE, that the undersigned have been retained as attorneys for respondent Life Partners Holdings Inc. in the above-captioned matter, and request that all further papers in this action be served on the undersigned at the offices stated below.

Dated:     New York, New York
           August 10, 2007

                                ANDREWS & KURTH LLP

                                By: _Antonette Ruocco_
                                Antonette Ruocco (AR 7051)
                                450 Lexington Avenue
                                New York, New York 10017
                                (212) 850-2800

                                *Attorneys for Respondent*

To:
    Kenneth Bressler, Esq.
    Daniel Brown, Esq.
    Blank Rome, LLP
    405 Lexington Avenue
    The Chrysler Building
    New York, NY 10174

NYC:166790.1