JON6J5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROOKS HOUGHTON SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANI,
AND HIROSHI YOSHIDA

                Petitioners,

-against-

LIFE PARTNERS HOLDINGS INC.,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 6275 BSJ

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for all parties herein, that Respondent's time to answer or otherwise move in response to the Petition is adjourned until twenty days following the ruling by the Court on Petitioners' motion to compel arbitration before the AAA and to stay or dismiss the NASD arbitration commenced by Respondent.

Dated: August 17, 2007

                                      ANDREWS KURTH LLP

                                      _[signature]_

                                      Arthur D. Feisenfeld (AF 3532)
                                      Antonette Ruocco (AR 7051)
                                      450 Lexington Avenue
                                      New York, New York 10017
                                      (212) 850-2800
                                      **Attorneys for Respondent**

NYC:167022.1

BLANK ROME, LLP

*Kenneth L. Bressler* /by *or*
―――――――――――――――――
Kenneth L. Bressler, Esq. (KB 3398)
Thomas H. Belknap (TB 3188)
Daniel J. Brown, Esq. (DB 7458)
405 Lexington Avenue
The Chrysler Building
New York, New York 10174
(212) 885-5120
**Attorneys for Petitioners**

SO ORDERED:

*Barbara S. J[ones]*
―――――――――――
U.S.D.J.

8/21/07

NYC:167022.1