UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BROOKS HOUGHTON SECURITIES, INC.,
GERALD HOUGHTON, KEVIN CENTOFANI,        07 Civ. 6275 BSJ
AND HIROSHI YOSHIDA

                  Petitioners,        **AFFIDAVIT**

   -against-

LIFE PARTNERS HOLDINGS INC.,

                  Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF TEXAS      )
                            ) ss:
COUNTY OF MCLENNAN )

    BEFORE ME, the undersigned authority, did personally appear R. Scott Peden, who, first being duly sworn, deposes and says:

1. I am over the age of 21 and am capable of making this affidavit. I have never been convicted of a felony or a crime of moral turpitude.

2. I am the Corporate Secretary and General Counsel and a Director of Life Partners Holdings, Inc. (LPHI). I have been the Corporate Secretary/General Counsel and a Director of LPHI since 2000. Because of my position, I am personally familiar with, and aware of, the business activities of LPHI.

3. Each of the meetings identified in the affidavits of Mr. Yoshida and Mr. Centofanti were meetings with purported potential sources of financing. However, none of these meetings resulted in any type of business transaction for LPHI.

NYC:167103.1

4. LPHI did not and was never required to pay any fees to Brooks, Houghton in New York or any other location.

_____
R. Scott Peden

Subscribed and sworn to before me on this 22 day of August, 2007, by R. Scott Peden who is personally known to me.


LINDA HABENICHT
STATE OF TEXAS
MY COMM. EXP 05-13-2009

_____
NOTARY SIGNATURE
IN AND FOR THE STATE OF TEXAS

My Commission Expires: 5-13-2009

2

NYC:167103.1