# EXHIBIT 2

COMPARISON CHART OF
OLD AND NEW NASD ARBITRATION CODES FOR CUSTOMER DISPUTES

| SUBJECT | NEW RULE | OLD RULE | COMMENTS |
|---|---|---|---|
| **PART II**<br>**GENERAL ARBITRATION RULES** | | | |
| **Arbitration Under an Arbitration Agreement or the Rules of NASD** | **12200. Arbitration Under an Arbitration Agreement or the Rules of NASD**<br><br>Parties must arbitrate a dispute under the Code if:<br><br>• Arbitration under the Code is either:<br><br>(1) Required by a written agreement, or<br><br>(2) Requested by the customer;<br><br>• The dispute is between a customer and a member or associated person of a member; and<br><br>• The dispute arises in connection with the business activities of the member or the associated person, | **10301. Required Submission**<br><br>(a) Any dispute, claim, or controversy eligible for submission under the Rule 10100 Series between a customer and a member and/or associated person arising in connection with the business of such member or in connection with the activities of such associated persons shall be arbitrated under this Code, as provided by any duly executed and enforceable written agreement or upon the demand of the customer . . . . . | No substantive change.<br><br>The substance of old Rule 10301 has been broken into several rules. The remainder of Rule 10301(a) is now in new Rule 12202. For other parts of Rule 10301, see new Rules 12203 and 12204. |