UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

BROOKS, HOUGHTON SECURITIES, INC., GERALD HOUGHTON, KEVIN CENTOFANTI, AND HIROSHI YOSHIDA

         Petitioners,

-against-

LIFE PARTNERS HOLDINGS, INC.,

         Respondent.

------------------------------------X

07 Civ. 6275

**AFFIDAVIT OF SERVICE**
**VIA FEDERAL EXPRESS**

STATE OF NEW YORK )
        :ss.
COUNTY OF NEW YORK )

   **ANITA M. SMITH**, being duly sworn, deposes and says:

   That I am over 18 years of age, not a party to this action, and reside in Queens, New York.

   That on August 30, 2007, I served a true copy of the **Letter Brief in Response to Respondent's Supplemental Memorandum of Law** upon the following person(s) by depositing same in a properly addressed wrapper with airbill attached in an official depository under the exclusive care and custody of the Federal Express Service within the State of New York.

Federal Expressed To: Arthur D. Felsenfeld, Esq..
         Andrews Kurth LLP
         450 Lexington Avenue
         New York, New York 10017

                    _/s/ Anita M. Smith_
                    ANITA M. SMITH

Sworn to before me this
31st day of August, 2007

_/s/ Notary Public_

INBAL PAZ
Notary Public, State of New York
Reg. # 02PA6140801
Qualified in New York County
My Commission Expires 01/30/2010

900200.00001/6015321v.1