USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BROOKS, HOUGHTON SECURITIES, INC., ET.AL.,

                  Petitioner,                  07CIVIL 6275 (BSJ)

        -against-                       **JUDGMENT**

LIFE PARTNERS HOLDINGS, INC.,
                  Respondent.
-----------------------------------------------------------X

Petitioner having moved to compel arbitration, and the matter having been brought before the Honorable Barbara Jones, United States District Judge, and the Court, on Jan 14, 2008, having issued its Order denying petitioner's motion to compel arbitration and directing the Clerk to dismiss the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 14 2008, petitioner's motion to compel arbitration is denied; accordingly, the case is closed.

**Dated:** New York, New York
         January 23, 2008

                                              J. MICHAEL MCMAHON
                                              Clerk of Court
                        BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____